# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>[REDACTED] and THE INDIVIDUALS AND ENTITIES OPERATING [REDACTED],<br><br>      Defendants. | Case No. 21-cv-01041<br><br>**Judge Marvin E. Aspen**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S STATEMENT REGARDING JOINDER

Per this Court's Order on March 26, 2021 [25], Plaintiff filed an Amended Complaint [26] against one Seller Alias on today's date.

Dated this 29th day of March 2021.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*